

John A. Basinger

Phone:  (212) 980-7231

Fax:  (973) 286-6800

John.Basinger@saul.com

www.saul.com

June 4, 2024

**Application GRANTED.**

**The Clerk of Court is directed to terminate ECF No. 17.**

**BY ECF AND EMAIL**

**SO ORDERED.**

*(signature)*

The Honorable Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Jennifer H. Rearden, U.S.D.J.
Date: June 4, 2024

     RE:   *Autentixx LLC v. Santander Bank, N.A.*
            Civil Action No. 1:24-cv-03642-JHR (S.D.N.Y.)

Dear Judge Rearden:

     I represent Defendant Santander Bank, N.A. ("Defendant") in the above-captioned matter with my co-counsel Mr. Brian Landry and Ms. Veronica McCarty.  My appearance was entered on June 3, 2024.  (Dkt. 15.)  On May 31, 2024, this Court issued a Memo Endorsement (Dkt. 12) ordering "any attorneys who have not filed a notice of appearance or applied for *pro hac vice* admission [to] do so forthwith, and in no event later than June 5, 2024." ("Order").

     Mr. Landry (who is barred in Massachusetts) and Ms. McCarty (who is barred in Pennsylvania and Delaware) both need to obtain Certificates of Good Standing ("Certificates") in their respective states, and have submitted the proper requests as of the date of this filing. However, I understand that it can take up to two weeks to procure the required Certificates for Mr. Landry and Ms. McCarty's *pro hac vice* applications.

     Defendant accordingly requests a two-week extension, to June 19, 2024, to file the *pro hac vice* applications as ordered. (1) The original date for filing is June 5, 2024, as indicated in this Court's May 31, 2024 Order; (2) This is Defendant's first request for an extension of time for the *pro hac vice* applications; (3) no such extension has been denied or granted; (4) This request is submitted to permit counsel to obtain Certificates and not for the purpose of delay; (5) Plaintiff Authentixx LLC ("Plaintiff") confirmed on June 3, 2024 that Plaintiff does not object to this

1270 Avenue of the Americas, Suite 2800 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7292

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

The Honorable Jennifer H. Rearden
June 4, 2024
Page 2

extension; (6) No appearance is yet scheduled in this matter, and the next deadline is Defendant's deadline to answer or move in response to the Complaint by July 22, 2024. No deadlines will be affected by this matter.

Respectfully submitted,

*/s/ John A. Basinger*
John A. Basinger
SAUL EWING LLP
1270 Avenue of the Americas
Suite 2800
New York, NY 10020
john.basinger@saul.com
Telephone: (212) 980-7231
Facsimile: (212) 980-7209